1068

No. 97–7080. FERNANDEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–7082. HUNT v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7086. GIBSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7090. DICKERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–7095. ELLIS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–7096. GARCIA-VENEGAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–7099. WILSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–471. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM v. BLACKWELL, SANDERS, MATHENY, WEARY & LOMBARDI ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR, JUSTICE SOUTER, and JUSTICE GINSBURG would grant the petition for writ of certiorari, vacate the judgment, and remand the case for further consideration in light of *Kansas Public Employees Retirement System* v. *Reimer & Koger Associates, Inc.*, 262 Kan. 635, 941 P. 2d 1321 (1997).

No. 97–520. GENERAL AMERICAN LIFE INSURANCE CO. v. IT CORP. ET AL. C. A. 9th Cir. Motions of Southwest Administrators, Inc., and American Council on Life Insurance et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 97–550. DFA INVESTMENT DIMENSIONS GROUP INC. ET AL. v. MUNFORD, INC.; and
No. 97–591. MUNFORD, EXECUTRIX OF THE ESTATE OF MUNFORD, DECEASED, ET AL. v. MUNFORD, INC. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 98 F. 3d 604.